# United States District Court
# Central District of California

| | |
|---|---|
| STEVE KALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TILLAMOOK COUNTY CREAMERY ASSOCIATION; DOES 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-4997-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 33), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, September 21, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 17, 2015

　　　　　　　　　_____
　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　UNITED STATES DISTRICT JUDGE**