JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Kallen,<br><br>                          Plaintiff,<br><br>          v.<br><br><br>Tillamook County Creamery<br>Association,<br><br>                          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 14-04997-ODW(FFMx)<br><br>**ORDER OF DISMISSAL** |

THE COURT is in receipt of the Stipulation to Dismiss case [39] and orders all hearings are vacated.  The clerk shall dismiss this case.

Dated: January 11, 2016

_____
                OTIS D. WRIGHT, II
          United States District Judge